James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, D.H. WILLIAMS CONSTRUCTION, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.H. WILLIAMS CONSTRUCTION, INC., a California corporation, and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 1:06:CV-00052-OWW-SMS<br><br>**ORDER DENYING D.H. WILLIAMS CONSTRUCTION, INC.'s MOTION TO DISMISS AND GRANTING D.H. WILLIAMS CONSTRUCTION, INC.'s MOTION TO STAY** |

This matter came on for hearing before the Honorable Oliver W. Wanger on May 15, 2006. Plaintiff, ROYAL SURPLUS LINES INSURANCE COMPANY was represented by its counsel of record Tressler, Soderstrom, Maloney & Priess and Defendant D.H. WILLIAMS CONSTRUCTION, INC. was represented by its counsel of record, Wilkins, Drolshagen & Czeshinski, LLP. After reviewing the pleadings and in consideration of the oral argument presented, the Court hereby orders as follows:

    (1)    Defendant's Motion to Dismiss is denied.

    (2)    Defendant's Motion to Stay is granted. Plaintiff may apply for a partial lifting of the stay in the event the state case is not tried or resolved in October, 2006.

---

[PROPOSED] ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION TO STAY

   (3) All pending hearings in this action are vacated and the parties are ordered to file a joint status report on or before January 24, 2007.

Dated: __August 11, 2006

                   /s/ OLIVER W. WANGER_____
                   Honorable Oliver W. Wanger,
                   Judge of the United States District Court

G:\docs\GLucas\Orders To Be Signed\06cv52.order.wpd