1  Linda Bondi Morrison, Esq., SBN 210264
2  Adam C. Hackett, Esq., SBN 220679
   TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
3  3070 Bristol Street, Suite 450
   Costa Mesa, CA  92626
4  Telephone:   (714) 429-2900
5  Facsimile:   (714) 429-2901
   E-Mail:      lmorrison@tsmp.com
6               ahackett@tsmp.com

7  Attorneys for Plaintiff,
   ROYAL SURPLUS LINES INSURANCE COMPANY
8

9  Linda Tai Hoshide, Esq., SBN 190403
   TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
10 1901 Avenue of the Stars, Suite 450
11 Los Angeles, CA 90067-6006
   Telephone:   (310)  203-4800
12 Facsimile:   (310)  203-4850
   E-Mail:      lhoshide@tsmp.com
13
   Attorneys for Plaintiff,
14 ROYAL SURPLUS LINES INSURANCE COMPANY

15
   James H. Wilkins, Esq. SBN 116364
16 Alyson A. Berg, Esq. SBN 184795
   WILKINS, DROLSHAGEN & CZESHINSKI LLP
17 7050 N. Fresno Street, Suite 204
18 Fresno, CA  93720
   Telephone:  (559) 438-2390
19 Facsimile:  (559) 438-2393

20
   Attorneys for Defendant,
21 D.H. WILLIAMS CONSTRUCTION, INC.

22 ///

23 ///
24
25 ///

**1**   Case No.: 1:06-cv-00052-OWW-SMS

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>D. H. WILLIAMS CONSTRUCTION, INC., a California corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 1:06-CV-00052-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>**Courtroom: #3 (7th Floor)**<br>**Judge Oliver W. Wanger** |

Plaintiff ROYAL SURPLUS LINES INSURANCE COMPANY ("Royal") and Defendant D.H. WILLIAMS CONSTRUCTION, INC. ("D.H. Williams") hereby stipulate, through their respective counsel of record, as follows:[1]

    1.    Based on the Settlement Agreement and Release of Claims reached in the underlying litigation styled, *Earl W. Schott, Inc. v. D.H. Williams Construction, Inc., et al.*, Fresno County Superior Court Case No. 03 CE CG 01652 SJK, and pursuant to Federal Rules of Civil Procedure, Rule 41(a), the instant action, including without limitation Royal's Complaint for Declaratory Relief on file in the instant action, shall be dismissed in its entirety with prejudice.

---

[1] The instant Stipulation for Dismissal also serves as the parties' Joint Status Report pursuant to this Court's August 11, 2006 Order.

**2**   Case No.: 1:06-cv-00052-OWW-SMS
**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**
PDF created with pdfFactory trial version www.pdffactory.com

2. Each party is to bear its own costs and attorneys fees in the instant action.

3. The Court is requested to enter an Order approving and implementing the foregoing stipulation.

Dated: January ___, 2007   TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: _____
Linda Bondi Morrison
Linda Tai Hoshide
Adam C. Hackett
Attorneys for Plaintiff,
ROYAL SURPLUS LINES INSURANCE COMPANY

Dated: January ___, 2007   WILKINS, DROLSHAGEN & CZESHINSKI LLP

By: _____
Alyson Berg, Esq.
Attorneys for Defendant,
D.H. WILLIAMS CONSTRUCTION, INC.

**3**   Case No.: 1:06-cv-00052-OWW-SMS
**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The parties having stipulated thereto, it is hereby ordered as follows:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the instant action, including without limitation Royal's Complaint for Declaratory Relief on file in the instant action, shall be and hereby is dismissed in its entirety with prejudice.

2. Each party is to bear its own costs and attorneys fees in the instant action.

Dated:  1/26/07

/s/ Oliver W. Wanger
_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com